# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STEVEN W. SHORT,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:24cv507-TKW-HTC**

**C/O SHERIFF D. NELSON,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). Plaintiff did not file an objection to the Report and Recommendation, but he did file a document titled "on demand" (Doc. 7).

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this action should be dismissed because it is frivolous. Nothing in the "on demand" filing undermine that conclusion because that filing is just as nonsensical as Plaintiff's other filings in this case. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** as frivolous under 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B).

3. All pending motions are **DENIED** as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 12th day of November, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv507-TKW-HTC